# United States District Court

DISTRICT OF __MASSACHUSETTS__

SUMMONS IN A CIVIL ACTION

BOBBY BROWN v. F.L. ROBERTS & CO, INC.
d/b/a JIFFY LUBE

CASE NUMBER: CA 04-30105-MAP

TO: (Name and Address of Defendant)

F.L. ROBERTS & COMPANY, INC
93 WEST BROAD STREET
SPRINGFIELD MASSACHUSETTS 01107

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

JOEL FELDMAN
HEUSLER, FELDMAN & McCORMICK, P.C.
1145 MAIN STREET, SUITE 508
SPRINGFIELD MA 01103

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

DATE 5/28/04

_John C. Hutchbrush_
BY DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 6/1/04 |
|---|---|
| NAME OF SERVER  Joel Feldman | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): ATTORNEY CLAIRE L. THOMPSON, COUNSEL FOR DEFENDANT, ACCEPTED SERVICE OF THE SUMMONS AND COMPLAINT IN THIS CASE ON 6/1/04 (SEE ATTACHED ACCEPTANCE)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/27/04
    Date                     Signature of Server

1145 Main St, Ste. 508, Springfield MA 01103
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## ACCEPTANCE OF SERVICE ON BEHALF OF F.L. ROBERTS COMPANY, INC. D/B/A JIFFY LUBE

I, Claire L. Thompson, hereby accept service of the complaint in the case of Brown v. F.L. Roberts and Company, Inc. d/b/a Jiffy Lube, U.S. District Court Civil Action No. 04-30105-MAP, on behalf of my client, F.L. Roberts and Company, Inc. d/b/a Jiffy Lube, this day.

Date: 6/1/04

_Claire L. Thompson_
Claire L. Thompson