UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

DOCKET NO. 04-30105-MAP

BOBBY T. BROWN,                          )
                                         )
                 Plaintiff,              )
                                         )
v.                                       )
                                         )
F.L. ROBERTS & CO., INC.                 )
d/b/a JIFFY LUBE,                        )
                                         )
                 Defendant.              )

## PLAINTIFF'S PROPOSED PRETRIAL SCHEDULE

Pursuant to Local Rule 16.1(D), Plaintiff Bobby Brown ("plaintiff") submits the following Proposed Pretrial Schedule, as noted below:

1.    The parties' initial disclosures pursuant to Fed.R.Civ.P. 26(a) shall be served on or before September 10, 2004.

2.    All written discovery shall be served on or before September 24, 2004, and all responses thereto shall be due by October 29, 2004

4.    All non-expert depositions will be completed by January 28, 2005.

5.    All written requests for admissions by February 11, 2005 with responses due by February 25, 2005.

6.    Plaintiff will serve disclosures and reports of all expert witnesses required under Fed. R. Civ. P. 26(a)(2) by February 25, 2005, and depositions of plaintiff's experts will be completed by March 25, 2005.

7.    Defendant will serve disclosures and reports of all expert witnesses required under Fed. R. Civ. P. 26(a)(2) by March 25, 2005 and depositions of defendant's experts will be completed by April 29, 2005.

8.    All motions for summary judgment will be filed by May 20, 2005.

11.    Oppositions to any Motion for Summary Judgment will be filed by

June 17, 2005. Any Replies to the Oppositions will be filed by July 1, 2005.

12.    Should Motions for Summary Judgment not be filed by the above date, or should

any such motions be denied by the court in whole or in part, the Court will convene

another conference to explore settlement and to establish dates for a final pretrial

conference and trial.


BOBBY, BROWN
By his attorney,

_____
Joel Feldman
BBO # 552963
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield MA 01103
(413)788-7988
(413)788-7996 (fax)

I hereby certify that a
true copy of the above
document was served upon
the counsel for the defendant
by mail (by hand) on
_____
_____
Date: _____