UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

DOCKET NO: 04 30105-MAP

BOBBY T. BROWN,
    Plaintiff

v.

F.L. ROBERTS and CO., INC. d/b/a
JIFFY LUBE,
    Defendant

## DEFENDANT'S STATEMENT PROPOSING PRETRIAL SCHEDULE

Now comes the defendant, F.L. Roberts & Co., Inc. d/b/a Jiffy Lube ("Roberts"), and hereby submits the following proposed pretrial schedule. Counsel for the parties conferred by telephone on August 17, 2004 but, unfortunately, a joint version of this memorandum was not prepared prior to counsel leaving for vacation.

1. The parties' initial disclosures pursuant to Fed.R.Civ.P. 26(a) shall be served on or before September 10, 2004.

2. All written discovery with the exception of Requests for Admissions shall be served on or before October 15, 2004 and due on or before November 15, 2004.

3. All non-expert depositions will be completed by February 18, 2005.

4. All written Requests for Admissions shall be served by March 18, 2005 with responses due by April 18, 2005.

5. Plaintiff will serve disclosures and reports of all expert witnesses required under Fed.R.Civ.P. 26(a)(2) by March 31, 2005 and depositions of plaintiff's experts will be completed by April 29, 2005.

238443-1

6. Defendant will serve disclosures and reports of all expert witnesses required under Fed.R.Civ.P. 26(a)(2) by May 6, 2005 and depositions of defendant's experts will be completed by June 6, 2005.

7. All motions for summary judgment will be filed with the Court by June 30, 2005.

8. Oppositions to any motion for summary judgment will be filed by July 25, 2005 with Replies to the Oppositions filed by August 15, 2005

9. The Court will schedule a final pretrial conference to establish trial dates.

THE DEFENDANT
F.L. ROBERTS & CO., INC.
D/B/A JIFFY LUBE
BY ITS ATTORNEY,

*/s/ Claire L. Thompson*
_____
Claire L. Thompson, Esquire
Doherty, Wallace, Pillsbury
  & Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA 01144-1900
Tel: (413) 733-3111
Fax: (413) 734-3910

CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with F.R.C.P. on August 27, 2004

_____
Claire L. Thompson, Esq.

238443-1                                    2