DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

ATTORNEYS AT LAW

PAUL S. DOHERTY
SAMUEL A. MARSELLA
PHILIP J. CALLAN, JR
GARY P. SHANNON
ROBERT L. LEONARD
A. CRAIG BROWN
L. JEFFREY MEEHAN
JOHN J. McCARTHY
DAVID J. MARTEL‡
WILLIAM P. HADLEY
BARRY M. RYAN
DEBORAH A. BASILE†
PAUL M. MALECK
CLAIRE L. THOMPSON
W. GARTH JANES**
GREGORY A. SCHMIDT
MICHAEL K. CALLAN*
MICHAEL D. SWEET*‡
BERNADETTE HARRIGAN
BRENDA S. DOHERTY
MICHELE A. ROOKE
THOMAS E. DAY
JOHN E. BONINI
MICHAEL J. BONANNO

ONE MONARCH PLACE SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111

TELECOPIER (413) 734-3910

E MAIL: CTHOMPSON@DWPM.COM

MATTHEW J. RYAN, JR.
OF COUNSEL

DUDLEY B. WALLACE
(1900-1987)
LOUIS W. DOHERTY
(1898-1990)
FREDERICK S. PILLSBURY
(1919-1996)
ROBERT E. MURPHY
(1919-2003)
SAMUEL A. MARSELLA
(1931-2004)

† REGISTERED PATENT ATTORNEY
* ALSO ADMITTED IN CONNECTICUT
‡ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN DISTRICT OF COLUMBIA

August 27, 2004

**HAND DELIVERED**
**AND FILED ELECTRONICALLY**

ATTN: Elizabeth French
U.S. District Court for the
District of Massachusetts
Western Section
1550 Main Street
Springfield, MA 01103

**Re:    Bobby T. Brown v. F.L. Roberts & Co., Inc. d/b/a Jiffy Lube**
       **U.S. District Court – Case No: 04-30105-MAP**
       **DWPM #: 8102-15140**

Dear Ms. French:

   Attached please find the Defendant's Statement Proposing Pretrial Schedule for the above-entitled matter. When I left for vacation on August 19, 2004, it was my understanding that Attorney Feldman would be filing a Proposed Pretrial Schedule on behalf of both parties. Unfortunately, it appears that a Joint Statement was not possible due to the vacation schedules of both counsel. My apologies for any inconvenience to the Court.

                                           Very truly yours,

                                           */s/ Claire L. Thompson*

                                           Claire L. Thompson

CLT/dlb
Enclosure
cc:    Joel Feldman, Esq.

238452-1