UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

| | |
|---|---|
| BOBBY T. BROWN, ) | DOCKET NO. 04-30105-MAP |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| F.L. ROBERTS & CO., INC. ) | |
| d/b/a JIFFY LUBE, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certify pursuant to Local Rule 16.1 (D)(3) that has conferred with counsel on the following topics:

a) establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation; and

b) options for resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DATE: X 8-18-04     X Bobby Brown
                    BOBBY BROWN.

                    BOBBY BROWN
                    By his attorney,

I hereby certify that a
true copy of the above           Joel Feldman
document was served              BBO # 552963
upon counsel for defendant       Heisler, Feldman & McCormick, P.C.
by mail (by hand) on 8/30/04 .   1145 Main Street, Suite 508
                                 Springfield MA 01103
                                 (413)788-7988
Dated: 8/30/04                   (413)788-7996 (fax)