UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOBBY T. BROWN,<br>      Plaintiff<br><br>v.<br><br>F.L. ROBERTS and CO., INC., d/b/a<br>JIFFY LUBE,<br>      Defendant | Civil Action No. 04-30105-MAP |

SCHEDULING ORDER
August 30, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosures by September 10, 2004.

2. All written discovery, except requests for admissions, shall be served by October 15, 2004.

3. Non-expert depositions shall be completed by January 28, 2005.

4. Written requests for admissions shall be served by February 11, 2005.

5. Counsel shall appear for a case management conference on March 17, 2005, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                                /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                U.S. Magistrate Judge