UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

DOCKET NO: 04 30105-MAP

| |
|---|
| BOBBY T. BROWN,<br>    Plaintiff<br><br>v.<br><br>F.L. ROBERTS and CO., INC. d/b/a<br>JIFFY LUBE,<br>    Defendant |

### DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certify pursuant to Local Rule 16.1(D)(3) that they have conferred:

A.  With a view to establishing a budget for the cost of conducting the full course – and various alternative courses – of the litigation; and

B.  To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R.16.4.

DATED: September 7, 2004

　　　　　　　　　　　　　　　　　　　　　　　_/s/ John Borgatti_____
　　　　　　　　　　　　　　　　　　　　　　　John Borgatti,
　　　　　　　　　　　　　　　　　　　　　　　Director of Human Resources

I certify that this document has
been served upon all counsel of
record in compliance with F.R.C.P.
on ___9/7____, 2004

　　_/s/ Claire L. Thompson_
_____
Claire L. Thompson, Esq.

F.L. ROBERTS & CO., INC.
D/B/A JIFFY LUBE
BY ITS ATTORNEY,

　　_/s/ Claire L. Thompson_
Claire L. Thompson, Esquire
Doherty, Wallace, Pillsbury
　& Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA 01144-1900
Tel: (413) 733-3111
Fax: (413) 734-3910

238672-1

238672-1                                                        2