UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

DOCKET NO. 04-30105-MAP

| | |
|---|---|
| BOBBY T. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| F.L. ROBERTS & CO., INC. | ) |
| d/b/a JIFFY LUBE, | ) |
| | ) |
| Defendant. | ) |

**ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE**

The plaintiff, Bobby Brown, with the assent of the defendant, hereby requests a continuance of the status conference scheduled currently for March 17, 2005. As grounds therefore, the plaintiff states that his attorney, Joel Feldman, has a scheduling conflict that has arisen requiring him to be out of state for the date of the status conference.

WHEREFORE, the plaintiff requests that this court reschedule the status conference to a date convenient for the court and the parties. The plaintiff notes that both parties' counsel are available on Thursday, April 7, 2005 for the status conference.

1

|  |  |
|---|---|
| | BOBBY BROWN |
| | By his attorney, |
| I hereby certify that a | /s/ Joel Feldman |
| true copy of the above | Joel Feldman |
| document was served upon | BBO # 552963 |
| counsel for the defendant, | Heisler, Feldman & McCormick, P.C. |
| by mail (by hand) on | 1145 Main Street, Suite 508 |
| _____. | Springfield MA  01103 |
| | (413)788-7988 |
| _____ | (413)788-7996 (fax) |

Date:_____

## CERTIFICATION UNDER LOCAL RULE 7.1

    Counsel for the plaintiff certifies that counsel for the parties in this case have conferred and have assented to this Motion.

Date:   March 8, 2005                                        /s/ Joel Feldman
                                                             Joel Feldman