UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOBBY T. BROWN,                )
       Plaintiff          )
                               )
v.                             )    Civil Action No. 04-30105-MAP
                               )
                               )
F. L. ROBERTS & CO., INC.,     )
       Defendant          )

SCHEDULING ORDER
April 7, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. Plaintiff shall file his motion for summary judgment by May 13, 2005.

2. Defendant shall file its opposition to Plaintiff's motion and its cross-motion for summary judgment by June 3, 2005, to which Plaintiff shall reply by June 17, 2005.

IT IS SO ORDERED.

    /s/ Kenneth P. Neiman
    KENNETH P. NEIMAN
    U.S. Magistrate Judge