

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

DOCKET NO. 04 30105-MAP

| | |
|---|---|
| BOBBY T. BROWN,<br>Plaintiff,<br><br>vs.<br><br>F.L. ROBERTS & CO., INC.,<br>d/b/a JIFFY LUBE,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **MOTION FOR ACCESS TO**<br>**PROBATION AND CRIMINAL**<br>**CONVICTION RECORDS OF**<br>**PLAINTIFF** |

**DOCKETED**

Now comes the Defendant, F.L. Roberts & Co., Inc., d/b/a Jiffy Lube in the above-entitled matter and respectfully requests this Honorable Court for an Order allowing it by its attorneys access to the criminal conviction and probation records of the Plaintiff in this matter, Bobby T. Brown, with a date of birth of _____ 1962 and social security number ____ 7766.

In support of this Motion, the Defendant states:

(a) the credibility of the Plaintiff, Bobby T. Brown, will be a determining factor at the trial of this action;

(b) the Defendant's attorney has reason to believe that the Plaintiff, Bobby T. Brown, has a criminal record based on the Plaintiff's discussions with the Defendant's employees;

(c) Federal Rule of Evidence 609(a) provides in pertinent part that (1) "evidence that a witness other than an accused has been convicted of a crime shall be admitted, subject to Rule , if the crime was punishable by death or imprisonment in excess of one year under the law under which the witness was convicted, and evidence that an accused has been convicted of such a crime shall be admitted if the court determines that the probative value of admitting this evidence outweighs its prejudicial effects to the accused"; and (2) "evidence that any witness has been convicted of a crime shall be admitted if it involves dishonesty or false statements regardless of the punishment".

(d) the Defendant's counsel hereby certifies that the conviction and probation records of the Plaintiff, Bobby T. Brown, will only be used for purposes at trial, strategy or impeachment purposes and will not otherwise be disclosed to any person who is not authorized access to criminal offender record information.

WHEREFORE, the Defendant respectfully moves that this Honorable Court issue an Order allowing it access to the conviction and probation records of the Plaintiff, Bobby T. Brown.

                The Defendant,
                **F.L. ROBERTS & CO., INC.**
                **d/b/a JIFFY LUBE,**
                By its Attorney,

Dated: April 19, 2005        /s/ Claire L. Thompson
                                        Claire L. Thompson
                                        BBO #550262
                                        Doherty, Wallace, Pillsbury & Murphy, P.C.
                                        One Monarch Place, Suite 1900
                                        Springfield, MA 01144-1900
                                        Tel: (413) 733-3111
                                        Fax: (413) 734-3910

## Certification

I, Claire L. Thompson, hereby certify that counsel for the parties have conferred on the foregoing in compliance with Local Rules.

                                        /s/ Claire L. Thompson
                                        Claire L. Thompson

## CERTIFICATE OF SERVICE

I, Claire L. Thompson, hereby certify that I served a copy of the foregoing document on the parties to the case by first-class mail, postage prepaid to:

**Joel Feldman, Esquire**
**HEISLER, FIELDS & FELDMAN, P.C.**
**1145 Main Street, Suite 215**
**Springfield, MA 01103**

Dated: April 8, 2005        /s/ Claire L. Thompson
                                        Claire L. Thompson