UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

DOCKET NO. 04 30105-MAP

| | |
|---|---|
| BOBBY T. BROWN,<br>   Plaintiff, | )<br>)<br>) |
| vs. | )<br>)<br>)    **ORDER** |
| F.L. ROBERTS & CO., INC.,<br>d/b/a JIFFY LUBE,<br>   Defendant. | )<br>)<br>) |

### TO ALL PROBATION AND CLERK OF COURTS:

     You are hereby directed to provide to Claire L. Thompson, Esquire of Doherty, Wallace, Pillsbury and Murphy, P.C., One Monarch Place, 1414 Main Street, Suite 1900, Springfield, MA 01144-1900, at her expense, certified copies of probation records and criminal convictions for the following individual:

     Bobby T. Brown
     DOB:      1962
     Social Security Number:    -7766

Dated: _____

                                                                    _____
                                                                                                            , J.