UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

DOCKET NO. 04-30105-MAP

_____

| | |
|---|---|
| BOBBY T. BROWN, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| F.L. ROBERTS & CO., INC. | ) |
| d/b/a JIFFY LUBE, | ) |
| | ) |
|         Defendant. | ) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, the plaintiff, Bobby Brown, hereby moves for summary judgment on his federal and state claims that defendant F.L. Roberts & Co., Inc. ("F.L. Roberts") discriminated against him based upon his religion, by failing to reasonably accommodate his religious practice of not shaving his facial hair.  F.L. Roberts required all its Jiffy Lube employees with facial hair to either shave or work without customer contact in the lower oil change bay. Bobby Brown further claims in his Motion that F.L. Roberts did not reasonably accommodate his practices in the absence of any undue burden.

As grounds for this Motion, Mr. Brown submits the Affidavit of Bobby Brown with photographs, the Affidavit of Joel Feldman with three Exhibits, the Affidavit of Bryon Fuller, a Statement of Material Facts in Support of Plaintiff's Motion for Summary Judgment, and his Memorandum in support of this Motion with attached decisions.

WHEREFORE, Bobby Brown requests that this court enter judgment in his favor and

against F.L. Roberts on his federal and state claims that the defendant discriminated against him because of his religion in failing to accommodate his religious practices.

                                                        BOBBY BROWN
                                                        By his attorney,

I hereby certify that a                                  /s/ Joel Feldman
true copy of the above                                  Joel Feldman
document was served upon                                BBO # 552963
counsel for the defendant,                              Heisler, Feldman & McCormick, P.C.
by mail (by hand) on                                    1145 Main Street, Suite 508
_____.                                             Springfield MA  01103
                                                        (413)788-7988
                                                        (413)788-7996 (fax)
_____

Date:_____

2