UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

DOCKET NO. 04-30105-MAP

| | |
|---|---|
| BOBBY T. BROWN, </br></br>   Plaintiff, </br></br> v. </br></br> F.L. ROBERTS & CO., INC. </br> d/b/a JIFFY LUBE, </br></br>   Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## AFFIDAVIT OF BOBBY T. BROWN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Bobby Brown, state under the pains and penalties of perjury, that:

1. I am the plaintiff in this case.

2. I have been a practicing Rastafarian since about 1991, when I became religious, and Rastafarianism is my religion, which was founded by Haile Sellasie.

3. As part of my religious practice, I do not shave or cut my facial hair. I do not cut the hair on my head. I have not done so for many years.

4. I believe in Jah, which is the name for God in the Rastafarian religion.

5. For Rastafarians, one of the most important symbols is the lion, the Lion of Judah. We try to have the strength, power and look of the Lion of Judah by not cutting the hair on our head or our facial hair. I have taken on this religious practice as a Rastafarian, and this is the reason I do not cut my facial hair and have not cut my hair for years.

6. As part of my religious practice, I also read the Bible and I have visited priests and high priests who are Rastafarian in Jamaica and across the United States over the last fourteen years. The Bible is one of the sources of Rastafarians not cutting their hair because it says that no one should cut their hair or their beard.

7. I have held these beliefs, and done this religious practice, for more than ten years.

8. I worked for Jiffy Lube in Hadley, owned now by F.L. Roberts, at different times from 1999 through May of 2002.

9. Up through December, 2001 – January, 2002, I was permitted to have contact with customers at the Jiffy Lube, and I rotated among all of the jobs there, including as lower bay tech, upper bay tech, greeter/salesman, and as a cashier.

10. During this entire period, I had facial hair and I did not cut the hair on my head. I had customer contact a lot of the time, and I do not remember a single complaint from a customer about my appearance.

11. Without any other warning, in December, 2001, I was told by assistant managers and managers that people with facial hair could not have customer contact as part of a new policy.

12. For months before this change, I had told Bryon Fuller, assistant manager, and Warren Spears, manager, that I was a practicing Rastafarian, and that I did not shave or cut my hair because of my religious practice.

13. When I was told that I had to shave to have customer contact, I told the manager and assistant manager that I would like to have customer contact without my having to shave, because shaving would violate my religious practice.

2

14. I was told that they would tell a higher manager, Richard Smith, who was called "Smitty", about my request that I should not have to shave because of my religious practice.

15. When Smitty came to talk to the workers at the Hadley Jiffy Lube, I requested that he not apply the "no customer-contact rule" to me, because of my religious practice and beliefs about cutting my facial hair. I did not think it was fair that I would have no customer contact because I could not cut my hair based upon my religion.

16. Smitty told me that he could not be checking people's religion and that I could not have any customer contact if I did not shave because of the new F.L. Roberts policy, even though my religious practice was not to cut my facial hair.

17. He told me that my choice was to work in the Lower Bay and have no customer contact, according to the new company policy, or I could not work at Jiffy Lube anymore.

18. I did not want to be fired because I would not shave my face, and I had no other choice according to Smitty, so I worked in the Lower Bay only, and I lost my job rotations as upper bay technician, and greeter/sales.

19. When I worked in the Lower Bay, I was the only person there. I called working there "working in the hole", because conditions were so much worse than working at other jobs at the Jiffy Lube.

20. I was the only person on my shift who was made to work in the hole after January, 2002 when the new policy was made.

21. I often could not get my breaks when I worked in the hole, and I was the last person at lunch many times, because no one else was assigned to work in the hole with me.

22. During the winter, when I would be the only one in the hole, conditions were

freezing, so that it was just like working in a basement without any heat.

23. I would get burned from oil many times, and my knuckles would be hurting constantly from being in the hole, changing oil.

24. There were times I hit my head hard on a pipe down in the hole.

25. I was not rotated to any other jobs, and I was the only person in the hole on my shifts. I became very frustrated because I could not work any other place and I was stuck in freezing, dangerous conditions during every work shift, without much of an opportunity for a break.

26. I filed my discrimination complaint at the Massachusetts Commission Against Discrimination in February, 2002, one month after the new policy went into effect, and even after that, F.L. Roberts never offered any kind of accommodation for me so that I could practice my religion and still meet with customers.

27. Sometime well after the new policy of facial hair was put into effect at Jiffy Lube in Hadley, I went to the restaurant on Route I-91 owned by F.L. Roberts, which has the sign "Fillin Station" in the window.

28. I took the eight photos attached to my affidavit, which show that the cooks at the restaurant have facial hair and have an earring during a time Jiffy Lube employees could not have facial hair and deal with customers.

29. Even though F.L. Roberts started the clean-shaven policy at the Jiffy Lubes, they clearly did not make the cooks and others who handle food at the restaurant shave their facial hair.

30. The cooks are visible from outside the kitchen in the dining area by customers, as

noted on one of the photos.

31. Throughout the five or six months I worked at Jiffy Lube during the new policy of no customer contact, no one ever offered me any "reasonable accommodation" from the policy. I was offered work only in the lower bay, or I was offered termination from my job.

32. After the policy change in 2002, and before I was terminated, I personally saw the employees who had customer contact at the Hadley Jiffy Lube.

33. These employees often would have grease on their hands and arms when they spoke to customers, or worked the cash registers.

34. The workers changing oil also would handle the cash register and customer relations and would appear to customers with grease on themselves.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE: 5/3/05

*Bobby Brown*
BOBBY BROWN