COMMONWEALTH OF MASSACHUSETTS
MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION

DOCKET NUMBER 022300705

| | |
|---|---|
| BOBBY T. BROWN | ) |
| Complainant, | ) |
| | ) |
| vs. | ) |
| | ) |
| F.L. ROBERTS & CO., INC. | ) |
| d/b/a  JIFFY LUBE | ) |
| | ) |
| Respondent. | ) |

**AFFIDAVIT OF BRIAN FOLER**

Bryon Fuller [handwritten]

I, Brian Foler, state, under the pains and penalties of perjury, that:

1. Bobby Brown worked at the Jiffy Lube in Hadley, Massachusetts, during a time when I was helping at the Hadley Jiffy Lube, after I had been the manager of the Holyoke Jiffy Lube.

2. During the time I worked at the Hadley Jiffy Lube, I worked as an assistant manager with Warren Spears, who was the manager of that Jiffy Lube.

3. While I worked at the Hadley Jiffy Lube, Bobby Brown told three of us (Warren, me and Kelly) that he was a practicing Rastafarian.

4. Bobby told the three of us that he could not shave because of his religious practice.

5. When F.L. Roberts & Company decided that anyone with customer contact had to be clean-shaven, Bobby told me and Warren Spears that he could not shave because of his religion.

6. Bobby said that he should not have to shave to have customer contact, because he was following his religious practice.

7. When Bobby told me that he would not shave because of his religion, I told Richard Smith (known as "Smitty"), a manager with F.L. Roberts & Company, that there was a problem,

because Bobby wanted to keep his customer contact responsibilities but would not shave because of his religious practice.

8. I told Mr. Smith that he would have to deal with Bobby directly about this.

9. Mr. Smith told me that if Bobby would not shave, he could only work in the lower bay, and could not have customer contact.

10. Mr. Smith met with Bobby, and after the meeting, Bobby only worked in the lower bay.

11. I remember distinctly that Bobby told me, and Warren Spears, that Bobby would not shave because of his religious practice, and I then told Richard Smith that Bobby would not shave because of his religious practice but wanted to keep his customer contact responsibilities.

12. F.L. Roberts and Company never made any accommodation to Bobby's religious practice while I was there, and instead made him work in the lower bay because he would not shave.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE: 2/1/04

_Bry Fuller_
BRIAN FOLER

Bryon Fuller