UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

DOCKET NO. 04-30105-MAP

| | |
|---|---|
| BOBBY T. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| F.L. ROBERTS & CO., INC. | ) |
| d/b/a JIFFY LUBE, | ) |
| | ) |
| Defendant. | ) |

**AFFIDAVIT OF JOEL FELDMAN IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

1. I am counsel for the plaintiff Bobby T. Brown.

2. Exhibit 1, attached to this Affidavit, Exhibit 1, is a true and accurate copy of the Defendant's Response to Defendants' Requests for Admissions.

3. Exhibit 2, attached to this Affidavit, is a true and accurate copy of selected portions of the deposition transcript of plaintiff John Borgatti.

4. Exhibit 3, attached to this Affidavit, is a true and accurate copy of selected portions of the deposition transcript of plaintiff Richard Smith.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE: 5/13/05                                              /s/ Joel Feldman
                                                           JOEL FELDMAN