UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

DOCKET NO: 04 30105-MAP

| |
|---|
| BOBBY T. BROWN, <br>    Plaintiff <br><br> v. <br><br> F.L. ROBERTS and CO., INC. d/b/a JIFFY LUBE, <br>    Defendant |

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes the Defendant, FL Roberts & Co., Inc. d/b/a Jiffy Lube and respectfully requests that this Honorable Court enter judgment in its favor pursuant to Federal Rules of Civil Procedure 56. The Defendant is entitled to summary judgment since it reasonably accommodated the plaintiff's religious practices consistent with state and federal law. The Plaintiff demanded a complete exemption from the Defendant's legitimate, nondiscriminatory Personal Appearance Policy. Compliance with the Plaintiff's exemption request would have resulted in an undue burden to the Defendant.

In support of this motion, the Defendant submits its Memorandum in Opposition to the Plaintiff's Motion for Summary Judgment and in support of the Defendant's Motion for Summary Judgment, the Affidavit of Richard C. Smith with supporting Exhibits, the Affidavit of Claire L. Thompson with supporting exhibits and the Defendant's Statement of Material Facts in Support of Summary Judgment.

270963.1

WHEREFORE, Defendant hereby moves that this court enter judgment in its favor and against the Plaintiff on all claims alleged by the Plaintiff in his federal complaint.

DATED: June 3, 2005

F.L. ROBERTS & CO., INC.
D/B/A JIFFY LUBE
BY ITS ATTORNEY,

I certify that this document has been served upon all counsel of record in compliance with F.R.C.P. on June 3, 2005

   */s/ Claire L. Thompson*
_____
Claire L. Thompson, Esq.

   */s/ Claire L. Thompson*
Claire L. Thompson, Esquire
Doherty, Wallace, Pillsbury
  & Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA 01144-1900
Tel:  (413) 733-3111
Fax:  (413) 734-3910

270963.1

2