UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

DOCKET NO: 04 30105-MAP

BOBBY T. BROWN,
    Plaintiff

v.

F.L. ROBERTS and CO., INC. d/b/a
JIFFY LUBE,
    Defendant

## AFFIDAVIT OF CLAIRE L. THOMPSON

I, Claire L. Thompson, being duly sworn, on personal knowledge, information and belief hereby depose and say that:

1. I am counsel for the Defendant FL Roberts & Co., Inc. d/b/a Jiffy Lube.

2. Exhibit A attached to this affidavit is the Plaintiff's Application for Reemployment dated July 13, 2001.

3. Exhibit B attached to this affidavit is a true and accurate copy of page 113 of the deposition transcript of Richard C. Smith.

4. Exhibit C attached to this affidavit is a true and accurate copy of page 19 of the deposition transcript of John Borgatti.

SUBSCRIBED AND SWORN UNDER THE PAINS AND PENALTIES OF PERJURY THIS __3rd____ DAY OF JUNE.

BY____/s/ Claire L. Thompson_____
CLAIRE L. THOMPSON

270965.1