# EXHIBIT A

EMPLOYEE HANDBOOK

**Personal Appearance of Employees**
All customer-contact employees are expected to be clean-shaven with no facial hair (no beards, goatees, or moustaches). Sideburns must be neatly trimmed and no longer than the bottom of the ear. Hair should be clean, combed, and neatly trimmed or arranged. Radical departures from conventional dress or personal grooming and hygiene standards are' not permitted. Tattoos are not allowed to be visible.

~~EXHIBIT~~

Only the following items of jewelry are allowed:
- Wedding or engagement rings
- Medic alert bracelets
- Watches

Employees who work in the F. L. R. Jiffy Lubes are required to wear the appropriate uniforms while performing their jobs. For safety reasons, you are required to wear closed shoes at all times, even in the summer. Sandals may never be worn.

Chains, keys, and buckles on the outside of your clothes are not allowed. Cell phones and pagers are not allowed, unless issued by the company.

Any employee who does not meet the standards of this policy will be required to take corrective action, which may include leaving the premises. Any work time missed because of failure to comply with this policy will not be compensated, and violations of this policy may be cause for disciplinary action, up to and including termination.

**Personal Conduct**
You are expected to conduct yourself in a courteous and thoughtful manner at all times with customers and co-workers. Please address our customers as "Sir" or "Ma'am" and use "Thank You." Foul language or swearing in any language is not acceptable, especially in customer areas. Lewd or crude behavior, with customers or co-workers, is also not acceptable. Public displays of affection are unprofessional, and are not allowed.

Remember to respect your fellow workers. We work as a team. Do not bad mouth or gossip about your co-workers. If you have a problem with a co-worker, discuss it with your Store Manager.

You are expected to perform your duties in a responsible manner and to take care of customer's cars and Company equipment and property. You are also expected to be dependable, which includes working without continual supervision and putting the customer's satisfaction first.

**Personal Leave**
In the event of a need for an extended absence, it is your responsibility to apply well in advance for such a leave. You should include in your request the reason for the leave

270933.1

**EXHIBIT B**

# THE WAYS LBT JOB PROCEDURE

TOOLS:
1. LBT job procedures
2. Hand tools
3. Safety check procedures

PROCEDURE:
1. Remove bay protector to rear, hang safety chain observing any unusual conditions
2. Communicate any unusual conditions
3. Check any and an gearboxes nom back to front
4. Check for and lubricate any and all grease fittings
   .. Any time during steps 3&4 clear to drains given abort and perform steps S..
5. When given clear to drain remove oil drain p1ug and allow oil to drain a minimum of 90 seconds
6. Check condition of plug and gasket replacing if necessary
7. When given new oil filter ID grab new filter and send up for verification and signing
8. Remove old filter wiping mounting plate and checking spindle
9. After oil is drained check condition of oil pan threads
10. Put oil drain plug back in and communicate "clear to add oil"
11. After oil filter is verified and signed place on vehicle baud tight then one half with strap wrench if possible
12. Complete steps 3-4 if needed
13. When asked for clear to start get under vehicle
14. Communicate "clear to start"
1 S. Check fur leaks from oil plug and oil filter
16. Allow to run for 30 seconds then communicate "system seated"
17. When asked fur lower level report communicate oil filter #, fitting Count, and any unusual conditions
18. When asked for safety check perform safety check using safety check procedures. 19. Close bay protector and leave catwalk
20. Go to next appropriate vehicle and repeat procedure

OTHER RESPONSIBILITIES
1. Refer to daily clean-up list
2. Perform any assigned tasks as directed by management

270933.1

FL ROBERTS & CO

# THE WAYS UBT PROCEDURE

To ensure an under hood procedures are completed with the highest amount of
PURPOSE:
To make a thorough appraisal of under car status. To perform all under vehicle services with the highest amount of accuracy, efficiency, and integrity.
efficiency, accuracy, and integrity.

Tools:
1. UBT job procedures
2. Tire inflator gauges
3. Hand tools
4. Ancillary service machines

Process:
1. Guide car in using proper guide in procedures
2. Check ttom lights and report to TL
3. Raise hood and remove air filtration system
4. Perfurm u-shape fluid check
s. Check on level remove on cap and wait fur signal tiom OSR on status of ase 6A. If customer desires ase install and start vehicle and aDow to nm fur *Smin.* After 5 nUn remove oil cap and give clear to drain <u>comtnand</u> to LBT
6B. If customer does not want OSC give clear to drain <u>COtnmAnd</u> to LBT
7. l:Df1ate tires to proper pressure
8. Replace air filtration (old or new as appropriate)
9. Ask LBT if olear to add oil
10. When clear dd oil repJace oil cap
11. Ask LBT if clear to start
12. When clear get in vehicle, and close door
13 . Verify window sticker
14. Observe oil pressure and give oil pressure and window sticker status command 15. If applicable check A/T
16. Shut *oft* vehicle and check oil level and adjust if <u>necessary</u>
17. Remove fender covers and check all caps
18. Perform any ancillary services as needed
19. Call for Quality inspection.
20. Go to next appropriate vehicle

OTHER RESPONSIBILITIES
I.     Assist other team members as needed
2.     Refer to daily clean-up list
3.     Perform any <u>assigned</u> tasks as directed by management.

270933.1

**EXHIBIT C**

,< PAYROLL CHANGE NOTICE

TO: PAYROLL DEPARTMENT   STATION           NAME

"LEASE ENTER THE FOLLOWING CHANGE(S) IN YOUR RECORDS TO TAKE

EFFECT  $\underline{/\text{-}b\text{-}O;;2}$
(0.& T[ a 1''''(,)

EMPLOYEE $I$~~~~

SOCIAL SECURITY NO. $00;; <;\text{-}6\ 7\ 76.\sim$         CLOCK NO.

THE CHANGE(S)

'CHECK ALL APPLICABLE BOXES               FROM                        TO

☐ OE"ARTMENT  ☐ JOB

☐ SHI~

                                                                *700*

DATE OF LAST CHANGE

REASON FOR THE CHANGE(S)

☐ HIRED                      ☐ TRAINING PIIRIOD COMPLETED
☐ RII.HIRED  ☐              ☐ LENGTH OF SIIRVICE INCREASE
  PROMOTION ☐               ☐ RII.EVALUATION OF EXISTING JOB
  DIIMOTION                  ☐ RIISIGNATION
☐ TRANSFER                   ☐ RETIREMENT
~ERIT INCREASE ☐ VACATION    ☐ LAYOFF
              PAY            ☐ DISCHARGE
☐ LEAVE OF ABSENCE FROM                    UNTIL
                                                              (OAT£)
☐ OTHER (u~A...1

CHANGE AUTHORIZED BY

CHANGE A"PROVED BY                                            DATE

270933.1