# APPLICATION FOR EMPLOYMENT

~ ~ .
~ ~
**F. L. ROBERTS**

F. L. Roberts & Company, Inc.
P.O. Box 1964
Springfield, MA 01102-1964

*PLEASE PRINT CLEARL Y*

FEDERAL LAW PROHIBITS DISCRIMINATION ON THE BASIS OF RACE, COLOR. RELIGION. DISABILITY. SEX. OR NATIONAL ORIGIN. AS WELL AS DISCRIMINATION ON THE BASIS OF AGE AGAINST PERSONS BETWEEN THE AGE OF 40 AND 65 INCLUSIVE. SOME STATE AND CITY LEGISLATION PROHIBITS DISCRIMINATION BECAUSE OF AGE. MARITAL STATUS, SEXUAL PREFERENCE. RACE. C RELIGION. SEX OR NATIONAL ORIGIN. CONSULT COMPETENT COUNSEL FOR FURTHER INTERPRETATION,

**EXHIBIT**
*A*

*Date  7 -13-01*

## PERSONAL

First Name *Bobby*    Middle *T*    Last **Brown**

Street and number **.5 B Clark Mountain Rd**    Social Security No. ▓▓▓

City/State **–Sunderland, MA**    Zip **01315**    Telephone No. ( 413-665-1350)

How many addresses have you had in the last 5 years? **–two**    Other

How did you find out about this job? 0 Newspaper    X Referral    Expiration Date: 04

Driver License # ▓▓▓▓    State issued **yes**    Are you at least 18 years old?    Yes    No

If hired, do you have a reliable means of transportation to get to work? & Yes [J No

Salary desired **9.25**    Least acceptable salary **8.50**

Are you a U.S. citizen? Yes No If no, do you have the legal right to work in the U.S. (Le., green card) –es [J No

IN CASE OF EMERGENCY, PLEASE CONTACT: *Pearl Thomas* RELATIONSHIP: Ant.

Home Telephone No. **413 782-5142**   Work Telephone No. ( )    Beeper No.

## EMPLOYMENT DATA

Are you seeking:    0 Temporary    X  full time    0 Part time

What position(s) are you applying for?    Lube Technician

What hours and shift(s) would you prefer to work?

Please indicate any shift(s) you would not be able to work:

Are you willing to work overtime? X Yes 0 No    Weekends? 0 Yes X  No

EXPERIENCE, SPECIAL SKILLS. OR TRAINING:

Are you currently employed? 0 Yes ~ X  No    When would you want to start? **7-16-01**

Have you ever worked for this organization before? X Yes 0 No    Name used: Bobby Brown

List any friends or relatives employed by this company: Mr. Hughes Kelly – Mr. Spears Warren

Are you on layoff and subject to recall? ~X Yes    0 No

Have you ever been discharged or asked to resign from any position? X Yes 0 No

If Yes, please describe:

How many days have you missed from school or work within the last 12 months?    5    Been Late:  two

How many days of work have you missed in the last three years for other than sickness? **8** .

Please describe:   I forgot. Ben  so long

## EDUCATION

Elementary 1 2 3 4 5 6 7 **8**    Please circle highest level attained

Name and City:    Putnam    High School 9 10 11 **12**    G.E.D.

College: 1 2 3 4 5 6

Name & City:

Degree & Major:

If you are currently in high school. are you enrolled in a recognized cooed program: (such as D.E.. C.V.A.. V.O.E.)? 0 Yes 0 No If yes. identify program and school: t

## MILITARY SERVICE

Are you a veteran? 0 Yes X  No    If yes, give dates of service:  From _____ to _____

Special skills or training:_____ .

270929.1

Company                    Address                              Phone                    From        To:

Title                    Give specific reason for leaving            Supervisor's name and title

# *ORK HISTORY*

List your last 4 employers. Begin with the most recent employer.

Describe duties briefly:                              Starting Salary:            Ending Salary:

Company                    ; Address                          Phone            From        To:
                                                            Mo.    Yr.    Mo.    Yr.
                                                    (        )
Title                    i Give specific reason for leaving        Supervisor's name and title

Describe duties briefly:                              Starting Salary:            Ending Salary:

Company                    Address                          Phone        ,    From    I    To:
                                                            Mo.    Yr.    ,Mo.    Yr.
                                                    (        )
Title            ! Give specific reason for leaving            Supervisor's name and title

Describe duties briefly:                              Starting Salary:            Ending Salary:

Company                    Address                          Phone        I    From        To:
                                                            iMo.    Yr.    : Mo.    Yr.
                                                    (        )
Title                    Give specific reason for leaving            Supervisor's name and title

Describe duties briefly:                    Starting Salary:            Ending Salary:

ve contact the employers listed above? &yes 0 No If not. tell us which one(s) you do not wish us to contact and why.

many jobs have you had in the last 10 years that are not listed above?            9

re you seeking a new position at this time?        *L.A ..." A ,t?,t?*

is the job you have been enjoyed most and        *J ,. -rP I'*        *r-n,' Il",...1    /.. ntJ'O 1<::    "'/"'1    '" C. r s:*

outside interests including organizations you're active in that are business related:

**AND RETURN IT TO** T~~ **I'''Tl:o''n:''''e'''**

~

*ROBERTS*

F.L. Roberts & Company, Inc.
P.O. Box 1964
Springfield, MA 01102-1964

## *LICANT FLOW INFORMATION*

RAL REGULATION ANe COMPLIANCE REoueSTS THe FOI..I..OWING INFORMATION IN ORDER TO EFFECTIVELY
CCURATELY
RT APPLICANT FLOW STATISTICS. SUPPLYING THIS INFORMATION IS VOLUNTARY. THIS SURVEY WILL BE
ATED FROM THE
CATION AND KEPT FOR REPORTING AND DOCUMENTATION PURPOSES ONLY. EMPLOYMENT DECISIONS WILL
E MADE
D ON THE INFORMATION PROVIDED ON THIS FORM. THIS INFORMATION WILL BE KEPT STRICT\.Y
DENTIAL.

*'6'e:oA-&'./*    *7'*    R   *.:.:.rJ*        Social Security */J.:.J.2* - ≥ *'77-* *.-.t. t*

n Applied For    *'N*            (3.        Date    *7−* */3* - *t:7'1*

you hear about this Job?    *....All'' ; ....,*

                                                                                                7

|  | (Ethnic Origin) |  |  |
|---|---|---|---|

One Of The Following:

| White | Hispanic | American Indian/Alaskan Native |
|---|---|---|
| Black | Other | AsianlPaclftc Islander |

)l    Male        FamaJe        AGE (between 40 and 65) 0 Yes 0 No

f Any Of The Followin9 Are Applicable:

        Vietnam Era Vataran            Disabled Veteran

ere if you request Religious Accommodalions:

have any physical, mental, *or* medical impairment or l'£:gularly use any drugs or medication which might interfere with your ability to

*or* would require reasonabla accommodation for !he Job which you are                Vas        *1/*    No

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-30105-MAP

BOBBY T. BROWN
         Plaintiff

 vs

F.L. ROBERTS AND COMPANY, INC. dba
JIFFY LUBE
         Defendant

     DEPOSITION OF RICHARD C. SMITH, taken before

ANN A. PRESTON, Notary Public and Court Reporter,

pursuant to Rule 30 of the Massachusetts Rules of

Civil Procedure, at the offices of Heisler,

Feldman, and McCormick, PC, 1145 Main Street,

Springfield, Massachusetts, commencing at 10:00

on December 8, 2004.

                Ann A. Preston
        Certified Shorthand Reporter

**REAL-TIME    COURT    REPORTING**
**244 Bridge Street**        **807 Main Street**
**Springfield, MA 01108**  **Worcester, MA 01610**
                  **508.612.3432**

1          A.    Yes, I'm sure in the staff meeting I

2 told everybody.

3          Q.    Did anyone ever discuss with you whether

4 they were going to go ahead and implement it in

5 their divisions?

6          A.    No.

7          Q.    Did anyone respond to whether it was a

8 good idea or not?

9          A.    A good idea?

10          Q.    In other words, when you presented it in

11 a meeting, did anyone ever respond whether it was a

12 good thing or a bad thing?

13          A.    I don't know, I don't recall.

14          Q.    In one of the questions I asked about

15 whether Mr. Brown ever made a reasonable

16 accommodation request, I was directed to this

17 I document, which is Exhibit 12, and do you see that

18 there is a place that you can check if you want a

19 religious accommodation, one line from the bottom?

20          A.    Yes.

21          Q.    Have you ever seen anyone ask for that,

22 check that box off before; have you seen a document

23 where that's checked off?

REAL-TIME COURT          REPORTING
244 Bridge Street Springfield,          807 Main Street
MA 01108 413.732.1157          Worcester, MA 01610
508.612.3432

270929.1

# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-30105-MAP

BOBBY T. BROWN
            Plaintiff

  vs

F.L. ROBERTS AND COMPANY, INC. dba
JIFFY LUBE
            Defendant

DEPOSITION OF JOHN P. BORGATTI,

taken before ANN A. PRESTON, Notary Public

and Court Reporter, pursuant to Rule 30 of

the Massachusetts Rules of Civil Procedure,

at the offices of Heisler, Feldman, and

McCormick, PC, 1145 Main Street, Springfield,

Massachusetts, commencing at 3:10 on

December 8, 2004.

                    Ann A. Preston
            Certified Shorthand Reporter
                          MA 01108
                              ⋮
                              ⋮
            **REAL-TIME COURT**
    **244 Bridge Street Springfield,**
                              ⋮

270929.1

...

REPORTING
807 Main Street
Worcester, MA 01610
508.612.3432

19

1        Q.    What makes you think that was the

2 I reason?

3        A.    Because I did a handbook with her.

4        Q.    Did you discuss this possibility with

5 her of putting this new policy into effect that -

6        A.    Yes, she didn't care for it.

7        Q.    Why, what did she say about it?

8        A.    We were a bigger division.

9        Q.    Who was a bigger division?

10        A.    Retail convenience stores, a larger

11 division. More employees, and I think it was she

12  didn't necessarily want to go there. She didn't

13 I work with Power, Inc. She wasn't interested in

14 hiring them as Richard was.

15        Q.    Did you explain to her what the reason

16 was for instituting it at the Jiffy Lubes?

17        A.    I may have spoke about it but didn't

18 really get into detail. What we were trying to

19 establish was a handbook for the convenience

20 I stores.

21        Q.    That's three of the divisions. So the

22 I wholesale division, was there a handbook?

23        A.    They have one which was made by the

270929.1