

# APPLICATION FOR EMPLOYMENT

F.L. Roberts & Company, Inc.
P.O. Box 1964
Springfield, MA 01102-1964

*PLEASE PRINT CLEARLY*

FEDERAL LAW PROHIBITS DISCRIMINATION ON THE BASIS OF RACE, COLOR, RELIGION, DISABILITY, SEX, OR NATIONAL ORIGIN, AS WELL AS DISCRIMINATION ON THE BASIS OF AGE AGAINST PERSONS BETWEEN THE AGE OF 40 AND 65 INCLUSIVE. SOME STATE AND CITY LEGISLATION PROHIBITS DISCRIMINATION BECAUSE OF AGE, MARITAL STATUS, SEXUAL PREFERENCE, RACE, COLOR, RELIGION, SEX OR NATIONAL ORIGIN. CONSULT COMPETENT COUNSEL FOR FURTHER INTERPRETATION.

**EXHIBIT A**

Date: 7-13-01

## PERSONAL

First Name: Bobby  Middle: T  Last: Brown
Street and number: 5-B Clark Mountain Rd  Social Security No.: 022-56-77-66
City/State: Sunderland, MA  Zip: 01375  Telephone No.: (413) 665-1350
How many addresses have you had in the last 5 years? Two
How did you find out about this job? ☐ Newspaper  ☑ Referral _____ name _____ ☐ Other
Driver License #: 022-56-77-66  State issued: Yes  Expiration Date: 04
If hired, do you have a reliable means of transportation to get to work? ☑ Yes ☐ No   Are you at least 18 years old? ☐ Yes ☐ No
Salary desired: 9.25  Least acceptable salary: 8.50
Are you a U.S. citizen? Yes No  If no, do you have the legal right to work in the U.S. (i.e., green card) ☑ Yes ☐ No
IN CASE OF EMERGENCY, PLEASE CONTACT: Pearl Thomas  RELATIONSHIP: Ant.
Home Telephone No.: (413) 782-5442  Work Telephone No.: (   )  Beeper No.:

## EMPLOYMENT DATA

Are you seeking: ☐ Temporary  ☑ Full time  ☐ Part time
What position(s) are you applying for? Lube Technician
What hours and shift(s) would you prefer to work? 8-5
Please indicate any shift(s) you would not be able to work:
Are you willing to work overtime? ☑ Yes ☐ No   Weekends? ☐ Yes ☑ No
EXPERIENCE, SPECIAL SKILLS, OR TRAINING:
Are you currently employed? ☐ Yes ☑ No   When would you be able to start? 7-16-01
Have you ever worked for this organization before? ☑ Yes ☐ No   Name used: Bobby Brown
List any friends or relatives employed by this company: Mr. Hughes Kelly - Mr. Spears. Warren
Are you on layoff and subject to recall? ☑ Yes ☐ No
Have you ever been discharged or asked to resign from any position? ☑ Yes ☐ No
If Yes, please describe:
How many days have you missed from school or work within the last 12 months? 5  Been Late? Two
How many days of work have you missed in the last three years for other than sickness? 8
Please describe: I forgot Ben so hint

## EDUCATION

Please circle highest level attained
Elementary  1 2 3 4 5 6 7 (8)   High School  9 10 11 (12)   G.E.D.
Name and City: Putnam
College: 1 2 3 4 5 6
Name & City:
Degree & Major:
If you are currently in high school, are you enrolled in a recognized co-ed program: (such as D.E., C.V.A., V.O.E.)? ☐ Yes ☐ No
If yes, identify program and school:

## MILITARY SERVICE

Are you a veteran? ☐ Yes ☑ No   If yes, give dates of service: From: _____ to _____
Special skills or training:

# WORK HISTORY

Please list your last 4 employers. Begin with the most recent employer.

| 1. Company | Address | Phone ( ) | From Mo. Yr. | To: Mo. Yr. |
|---|---|---|---|---|
| Job Title | Give specific reason for leaving | Supervisor's name and title | | |
| Describe duties briefly: | | Starting Salary: | Ending Salary: | |

| 2. Company | Address | Phone ( ) | From Mo. Yr. | To: Mo. Yr. |
|---|---|---|---|---|
| Job Title | Give specific reason for leaving | Supervisor's name and title | | |
| Describe duties briefly: | | Starting Salary: | Ending Salary: | |

| 3. Company | Address | Phone ( ) | From Mo. Yr. | To: Mo. Yr. |
|---|---|---|---|---|
| Job Title | Give specific reason for leaving | Supervisor's name and title | | |
| Describe duties briefly: | | Starting Salary: | Ending Salary: | |

| 4. Company | Address | Phone ( ) | From Mo. Yr. | To: Mo. Yr. |
|---|---|---|---|---|
| Job Title | Give specific reason for leaving | Supervisor's name and title | | |
| Describe duties briefly: | | Starting Salary: | Ending Salary: | |

May we contact the employers listed above? ☒ Yes ☐ No  If not, tell us which one(s) you do not wish us to contact and why.

How many jobs have you had in the last 10 years that are not listed above? _9_

Why are you seeking a new position at this time? _lay off_

What is the job you have been enjoyed most and why? _Lube Tec. I enjoyed work on cars._

List any outside interests including organizations you're active in that are business related:_____

Bonding and money handling security policies require that we ask if you have ever been convicted of a felony? ☐ Yes ☒ No
On parole? ☐ Yes ☒ No        Awaiting trial? ☐ Yes ☒ No
If yes, state the nature of the offense and disposition of the case. Include dates and places. NOTE: Felony convictions or the existence of a criminal record does not constitute an automatic bar to employment.

I authorize this company to make an investigation of all information contained in this application for employment and I release from all liability all companies and corporations supplying such information. I understand that any false answers, statements or implications made by me on this application or other required documents shall be considered sufficient cause for denial of employment or discharge. Upon termination of my employment for whatever reason, I release this company from all liability for supplying any information concerning my employment to any potential employer. I authorize this company, if applicable, to request a copy of my credit report, motor vehicle driving record and any other investigative report they deem necessary through various third party sources. Upon my formal written request, within a reasonable period of time, I will be notified as to the nature and scope of such investigation. I realize I hereby agree to submit to any drug test that may be required of me; whether, prior to my employment or if employed by this company at any time thereafter. If requested, I will take a physical examination post job offer and employment will be conditional upon passing such examination. During such employment, I understand and agree that in the event that I receive any medical treatment for any condition, including a physical, psychological, emotional, or psychiatric condition that is job related, I hereby authorize the limited release and exchange of such medical information relating to my condition between the treatment provider and a company designated physician. I further understand that this is an application for employment and that no employment contract is being offered. I understand that if I am employed, such employment is for an indefinite period of time and that the company may change wages, benefits and conditions at any time. My employment is at will. It is unlawful in Massachusetts to require a lie detector test as a condition of employment or continued employment. An employer who violates this law shall be subject to criminal penalties and civil liability. I have read and understand the above.

Applicants Signature_____ Date_____

CHECK OVER THE FOREGOING APPLICATION, BE SURE IT IS COMPLETE AND SIGNED.
AND RETURN IT TO THE INTERVIEWER

# F. L. ROBERTS

F.L. Roberts & Company, Inc.
P.O. Box 1964
Springfield, MA 01102-1964

## APPLICANT FLOW INFORMATION

FEDERAL REGULATION AND COMPLIANCE REQUESTS THE FOLLOWING INFORMATION IN ORDER TO EFFECTIVELY AND ACCURATELY REPORT APPLICANT FLOW STATISTICS. SUPPLYING THIS INFORMATION IS VOLUNTARY. THIS SURVEY WILL BE SEPARATED FROM THE APPLICATION AND KEPT FOR REPORTING AND DOCUMENTATION PURPOSES ONLY. EMPLOYMENT DECISIONS WILL NOT BE MADE BASED ON THE INFORMATION PROVIDED ON THIS FORM. THIS INFORMATION WILL BE KEPT STRICTLY CONFIDENTIAL.

Name: Bobby T. Brown
Position Applied For: Lube Tec.
Social Security: 022-56-77-66
How did you hear about this job? walk in
Date: 7-13-01

Check One Of The Following:  (Ethnic Origin)
___ White   ___ Hispanic   ___ American Indian/Alaskan Native
_X_ Black   ___ Other      ___ Asian/Pacific Islander

SEX: _X_ Male  ___ Female     AGE (between 40 and 65) ☐ Yes ☐ No

Check If Any Of The Following Are Applicable:
___ Vietnam Era Veteran     ___ Disabled Veteran

Check here if you request Religious Accommodations: ___

Do you have any physical, mental, or medical impairment or regularly use any drugs or medication which might interfere with your ability to perform or would require reasonable accommodation for the job which you are applying?  ___ Yes   _X_ No

