UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

BOBBY T. BROWN, )
)
    Plaintiff, )
)
v. ) DOCKET NO. 04-30105-MAP
)
F.L. ROBERTS & CO., INC. )
d/b/a JIFFY LUBE, )
)
    Defendants. )

## SUPPLEMENTAL AFFIDAVIT OF BOBBY T. BROWN

I, Bobby Brown, state under the pains and penalties of perjury, that:

1. I am the plaintiff in this case.

2. In 2001, I was rehired by Jiffy Lube in Hadley, and I was working in the upper bay as a lube technician at the time F.L. Roberts stopped employees from having customer contact if they had facial hair.

3. As part of my job duties at that time, up until January, 2002, I would greet customers as they pulled up to the Jiffy Lube.

4. As part of my job duties, I would talk to customers often about products or services Jiffy Lube wished to sell them, including engine cleaners and transmission services

5. The customer contact in the upper bay did occur for me when I worked in the lower bay after January, 2002. Conditions in the upper bay were much better than the lower bay, as the bad conditions I listed in my earlier Affidavit (¶¶19-25) were not in the upper bay.

6. Lower bay technicians have no customer contact at all, and spend their time in

"the hole" as I described in my earlier Affidavit.

7. The customer contact I had had before January, 2002 was one of the things I liked most about my job with Jiffy Lube before I was confined to the hole.

8. After the change in the facial hair policy, when I told the managers of F.L. Roberts that I wanted to keep my beard and keep my customer contact, I was offered no alternative to working in the hole, other than losing my job.

9. I would have considered a transfer to another position with F.L. Roberts if one had been offered to me, such as a position in F.L. Roberts' retail convenience stores.

10. I would have considered any other alternative to working in the hole all day for the next five months, but no offer or accommodation ever came from F.L. Roberts after I told Mr. Smith that I was being discriminated against and that I should not be working just in the hole because of my religious beliefs.

11. I never "agreed" to work only in the lower bay after the change in the facial hair policy; instead, I was told I would be fired or I could work in the lower bay if I would not shave, and I needed to keep my job.

12. Working in the lower bay, as demanded by F.L. Roberts, was the only way I could keep my job and continue to observe my religion.

13. I would never have worked only in the lower bay if F.L. Roberts had not made this a condition of remaining employed with F.L. Roberts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE: 6-11-05

*Bobby T. Brown*
BOBBY BROWN