UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

DOCKET NO. 04-30105-MAP

| | |
|---|---|
| BOBBY T. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| F.L. ROBERTS & CO., INC. | ) |
| d/b/a JIFFY LUBE, | ) |
| | ) |
| Defendant. | ) |

**SUPPLEMENTAL AFFIDAVIT OF JOEL FELDMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'SMOTION FOR SUMMARY JUDGMENT**

1. I am counsel for the plaintiff Bobby T. Brown.

2. Exhibit 1, attached to this Affidavit, is a true and accurate copy of selected portions of the deposition transcript of Richard Smith

3. Exhibit 2, attached to this Affidavit, is a true and accurate copy of an exhibit (Exhibit 1) to the deposition transcript of Richard Smith.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE: 6/17/05                                                /s/ Joel Feldman
                                                             JOEL FELDMAN