1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-30105-MAP

BOBBY T. BROWN
    Plaintiff

vs

F.L. ROBERTS AND COMPANY, INC.
dba JIFFY LUBE
    Defendant

DEPOSITION OF RICHARD C. SMITH, taken before ANN A. PRESTON, Notary Public and Court Reporter, pursuant to Rule 30 of the Massachusetts Rules of Civil Procedure, at the offices of Heisler, Feldman, and McCormick, PC, 1145 Main Street, Springfield, Massachusetts, commencing at 10:00 on December 8, 2004.

Ann A. Preston
Certified Shorthand Reporter

REAL-TIME COURT REPORTING
244 Bridge Street             807 Main Street
Springfield, MA 01108     Worcester, MA 01610
413.732.1157                508.612.3432

```
 1   a mustache or somebody with jewelry in their eyes
 2   and tongues and noses.  We thought that was the
 3   right decision to make.  I do still think it was
 4   the right decision because our sales have increased
 5   drastically.  We were unprofitable before -- 2001
 6   we were unprofitable, 2000 we were unprofitable.
 7   Every year since, we've been profitable.
 8        Q.   It says here that Power, Inc. says the
 9   research and statistical data indicates that retail
10   establishments do better with this policy.  Did
11   they show you those data?
12        A.   No, I don't think so.
13        Q.   Do you have a copy of any of the data
14   that they were talking about?
15        A.   I don't think so.
16        Q.   Were there any studies that they
17   presented to you to back up the change in policy?
18        A.   I don't think so.  I've been doing
19   business with Steve Goudreau for a long time, so if
20   he said something to me, I have faith in what he
21   was saying was accurate.
22        Q.   Now I'd like to explore a little more
23   exactly what he said to you.  What exactly did he
```

1   facts that he presented to you?
2       A.   No.
3       Q.   You mentioned Walt Disney World?
4       A.   He mentioned Walt Disney World, because
5   I remember that. He probably said other companies
6   that he's done business with. He a consultant, he
7   does it all over the country. I believe he does
8   other places, too.
9       Q.   You're saying he does lube and car wash
10  consulting?
11      A.   Yes.
12      Q.   Did he do any other consulting besides
13  that, any other fields, any other businesses?
14      A.   He has in the past, yes. He worked for
15  a company that did training for all kinds of
16  companies.
17      Q.   Did he say to you that he had experience
18  in the lube and car wash business that it would
19  increase your sales to change to a no facial hair
20  policy?
21      A.   I don't recall if he was that specific.
22      Q.   He mentioned Walt Disney World, right?
23      A.   Yes, he mentioned Walt Disney World.

```
 1   company that calls up and asks customers who were
 2   at Jiffy Lube about their experience, and we've
 3   actually had many comments on our comment cards,
 4   because we pass out comment cards for everybody.
 5   We've had a lot of comment cards from everybody
 6   saying they like dealing with somebody who is clean
 7   shaven.  It says right there on the cards.
 8        Q.   How many have you gotten, best guess?
 9        A.   I don't know, five, six, seven, eight,
10   nine -- I don't know.  More than one.
11        Q.   That's over the last three years, is
12   that right?
13        A.   No, we've been doing comment cards only
14   for about a year and a half now, and we've also
15   gotten comments from when Jiffy Lube calls
16   customers that they ask them what one thing stands
17   out, and we have comments about the appearance of
18   our employees.
19        Q.   Any specific comments about facial hair?
20        A.   Yes.
21        Q.   How many, do you think?
22        A.   I don't know -- one, two.  There aren't
23   a lot of those phone calls made.  There aren't a
```

```
 1   lot of comments made like that.  It's not like we
 2   get 500 a year.  We probably get maybe 200 comments
 3   a year.
 4        Q.   How many comment cards have you gotten
 5   in the last year and a half in total?
 6        A.   Comment cards that somebody fills a
 7   comment out, or just comment cards -- because some
 8   comment cards come in and they just check things
 9   off; they don't handwrite anything.  So there's a
10   difference there.  If you're asking me how many
11   comment cards we've gotten in from Jiffy Lube --
12        Q.   Yes.
13        A.   -- we get in probably about 3 or 4,000.
14        Q.   And of those, five, six, seven, or eight
15   have commented on the facial hair of employees?
16        A.   Yes, but less than half of those are
17   filled out with comments, so...
18        Q.   How do you know that the facial hair
19   policy had anything to do with the change in
20   revenue that we see in Exhibit 5 and Exhibit 6?
21        A.   How do I know?
22        Q.   Yes, how do you know?
23        A.   Because it was a change that we made at
```

```
 1   the time of the revenue change.
 2       Q.   Was that the only thing that Power, Inc.
 3   advised you to do?
 4       A.   No, we...
 5       Q.   How many changes did Power, Inc. advise
 6   you to make?
 7       A.   Changes, like what do you mean, changes?
 8       Q.   Changes in policy, changes in practice?
 9       A.   That was the only change in policy we
10   did in the handbook, I believe.
11       Q.   After the consultation with Power, Inc.,
12   did they make any other changes in the operation
13   other than shave your employees -- not you shave
14   them, but have them be shaved?
15       A.   Yes, we had a new sales model how to
16   deal with customers.
17       Q.   Could that have had anything to do with
18   the revenue going up?
19       A.   Sure, absolutely.
20       Q.   Which do you think had more to do with
21   it, if you know?
22       A.   I don't know.
23            MS. THOMPSON:  Objection.
```

```
 1              THE WITNESS:  The whole thing is
 2         objectionable.  I just know that we made
 3         the changes in policy and sales went up.
 4       Q.   (By Mr. Feldman)  Understood, but you
 5   don't know anything more than that, right?
 6       A.   You're absolutely right.
 7       Q.   In fact, there's no way of finding out
 8   whether the facial hair policy had anything to do
 9   with increased sales, is that right?
10              MS. THOMPSON:  Objection.  If you
11         can answer it, go ahead.
12              THE WITNESS:  I'm going to say yes,
13         I can say that it helped because we're
14         getting comments from customers, so...
15       Q.   (By Mr. Feldman)  And you described the
16   comments, right?
17       A.   That's just the comment cards; that's
18   not people talking to us, also.  That's just
19   comments cards and people who called up, so yes, I
20   will say that it has helped.
21       Q.   Based on those two references, right?
22       A.   If only those six people came in three
23   times a year, it helped our sales.
```

```
 1        Q.   Other than the comment cards and the
 2   phone calls that are made, is there any other way
 3   of knowing whether the facial hair change increased
 4   revenues?
 5        A.   From people making comments to us, yes,
 6   people saying things to us like, I like your
 7   operation, I like how your guys look clean shaven.
 8        Q.   How many of those comments have you
 9   received?
10        A.   I don't know because I'm not out there
11   all the time.
12        Q.   You're saying that that's a way that you
13   know, so --
14        A.   I've had managers tell me.
15        Q.   How many times have they told you?
16        A.   Couple.
17        Q.   Other than these three ways that we've
18   just described, is there any other way of knowing
19   whether the facial hair change increased revenue?
20             MS. THOMPSON:  Objection.
21             THE WITNESS:  Any way of proving
22        it?
23             MR. FELDMAN:  Yes.
```

```
 1              THE WITNESS:  I can't prove it, no.
 2       Q.   (By Mr. Feldman)  When did you decide to
 3  make the change?
 4       A.   Sometime in the fall of 2001.
 5       Q.   Did you tell the managers before you
 6  told the rest of the employees that this change was
 7  coming?
 8       A.   Tell the managers before the employees
 9  -- I don't recall, I'm not sure.  I might have, but
10  I'm not sure.  I might have, but I'm not sure.
11       Q.   And the way you implemented this with
12  the employees is you went around and had a series
13  of meetings at the various sites, is that right?
14       A.   Yes.
15       Q.   Before those meetings, you told the
16  managers what you were doing, right?
17       A.   Oh, yes.
18       Q.   The first time the employees heard about
19  it directly from the company was when you came to
20  those meetings, is that correct?
21       A.   I don't think so.  No, I think the
22  employees knew, because word travels at Jiffy Lube
23  pretty quick.
```