Jiffy Lube employees and representatives of the company visible to customers are required to maintain a professional appearance. Employees shall be clean and well groomed when reporting to work. Employee's bodily conditions, or characteristics, style or manner of dress or grooming should not cause threat of, or present a danger, to the safety and health of the employee, co-workers or customers.

To ensure this policy is applied uniformly, Jiffy Lube requires employees to wear uniforms and personal safety equipment. A clean-shaven appearance is preferred; however, facial hair is permissible in the form of a mustache, closely groomed beard and sideburns. Hair must be worn in a manner that will not interfere with safety or job performance. Additionally, employees are prohibited from wearing jewelry except for wedding or engagement rings, watches and medically required identification (such as an ID bracelet) while at work.

Uniform shirts must be tucked in and a non scratching belt must be worn at all times. Black is the only acceptable color of t-shirt, sweatshirt or undershirt to be worn under the uniform shirt. All employees must wear black Jiffy Lube hats. No other hats are acceptable. All employees must wear black oil resistant shoes or boots. Non skid soles are preferred. Sneakers or casual shoes are prohibited.

The OSHA Standard for Personal Protective Equipment applies to all Jiffy Lube service centers. All technicians must wear the proper Personal Protective Equipment (PPE) while performing a service. Eye protection must be worn by all employees whenever necessary. Lower bay technicians must wear bump hats with face shields while servicing vehicles. The individual training materials for each Jiffy Lube service detail the proper PPE required for that service. It is the manager's responsibility to ensure that all employees understand the requirements and wear the appropriate PPE required for the job. The use of PPE is not optional—it is required.

EXHIBIT
1  SMITH
12-8-04

.OYEE    _Bobby Brown_             7-13-01 DATE
AGER     _Warner H Speers_         7/16/01 DATE