UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

|  |  |
|---|---|
| BOBBY T. BROWN, ) | DOCKET NO. 04-30105-MAP |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| F.L. ROBERTS & CO., INC. ) | |
| d/b/a JIFFY LUBE, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION TO STRIKE PORTION OF

## AFFIDAVIT OF RICHARD C. SMITH

The plaintiff, Bobby Brown, hereby moves to strike any reference in the Affidavit of Richard C. Smith or in any other evidence provided to this court of the alleged ground for Mr. Brown's separation from work at F.L. Roberts in 2002.

As grounds therefore, the plaintiff states that:

1. At this motion for summary judgment stage, the claims under which the parties seek judgment do not in any way implicate Mr. Brown's termination,;

2. Any evidence concerning Mr. Brown's termination, and the reasons therefore, are not relevant in any way to the court's determination of which party is entitled to judgment in this case, based as it is on an alleged failure to accommodate Mr. Brown's religious beliefs while he was employed by the defendant.

3. Though Mr. Brown's termination date might be relevant to his damages claim, that claim is not before this court on motions for summary judgment as to liability.

4.  The evidence provided in Mr. Smith's Affidavit about Mr. Brown's termination, at paragraph 10, and incorporated into other documents submitted to this court, is without relevance, and is inflammatory and prejudicial, claiming that Mr. Brown engaged in untoward behavior.

WHEREFORE, Mr. Brown requests that, given the lack of probative value of any sort of the evidence concerning his termination, paragraph 10 of Mr. Smith's Affidavit be stricken, as it is unduly prejudicial.

|  |  |
|---|---|
|  | BOBBY BROWN<br>By his attorney, |
| I hereby certify that a<br>true copy of the above<br>document was served upon<br>counsel for the defendant,<br>by mail (by hand) on<br>_____.<br><br>_____ | /s/ Joel Feldman<br>Joel Feldman<br>BBO # 552963<br>Heisler, Feldman & McCormick, P.C.<br>1145 Main Street, Suite 508<br>Springfield MA  01103<br>(413)788-7988<br>(413)788-7996 (fax) |

Date:_____

### CERTIFICATION PURSUANT TO LOCAL RULES 7.1

I certify that I have attempted in good faith to resolve or narrow the issues raised in this motion by calling opposing counsel, but was unable to confer with her prior to the filing deadline of this Motion.

Date:   June 17, 2005                    /s/ Joel Feldman
                                         Joel Feldman