UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

DOCKET NO. 04-30105-MAP

| | |
|---|---|
| BOBBY T. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| F.L. ROBERTS & CO., INC. | ) |
| d/b/a JIFFY LUBE, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO CERTIFY QUESTIONS**

**TO SUPREME JUDICIAL COURT AND REQUEST FOR ORAL ARGUMENT**

Pursuant to Massachusetts Supreme Judicial Court Rule 1:03, the plaintiff, Bobby Brown, hereby requests that this court order that the following two questions of law be certified to the Supreme Judicial Court:

(1)     Does G.L. c. 151B § 4 (1A) require that an employer engage in an interactive process, or meaningful dialogue, with an employee to investigate whether a reasonable accommodation of an employee's religious practice can be made, in order for an employer to prevail in a "reasonable accommodation" case pursuant to a defense of undue hardship?

(2)     Can an employer in a religious "reasonable accommodation" case meet its burden of proof pursuant to a defense of undue hardship, under G.L. c. 151B § 4 (1A), by claiming that any accommodation of an employee's religious observance would violate a personal appearance policy which was intended solely to promote its professional image at its oil change centers?

As grounds therefore, Bobby Brown states that there is a proceeding before this court involving the two questions of law noted above, which may be determinative of the cause pending in this court. Additionally, Mr. Brown states that there is no controlling precedent in the decisions of this court. *See, Cloutier v. Costco Wholesale Corporation*, 390 F. 3d 126, 138 (1st Cir. 2004).

WHEREFORE, the plaintiff, Bobby Brown, requests that the two questions of law above, be certified to the Supreme Judicial Court of Massachusetts for a ruling.

|  |  |
|---|---|
|  | BOBBY BROWN<br>By his attorney, |
| I hereby certify that a<br>true copy of the above<br>document was served upon<br>counsel for the defendant,<br>by mail (by hand) on<br>_____.<br><br>_____<br>Date:_____ | /s/ Joel Feldman<br>Joel Feldman<br>BBO # 552963<br>Heisler, Feldman & McCormick, P.C.<br>1145 Main Street, Suite 508<br>Springfield MA  01103<br>(413)788-7988<br>(413)788-7996 (fax) |

### REQUEST FOR ORAL ARGUMENT

The plaintiff hereby requests oral argument on this Motion.

### CERTIFICATION PURSUANT TO LOCAL RULES 7.1

I certify that I have attempted in good faith to resolve or narrow the issues raised in this motion by calling opposing counsel, but was unable to confer with her prior to the filing deadline of this Motion.

Date:   June 17, 2005                                     /s/ Joel Feldman
                                                          Joel Feldman