UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**BOBBY BROWN**

**CIVIL / CRIMINAL**

**CASE NO.** 04-30105

**V.**

**F.L. ROBERTS & CO**

Defendant

## NOTICE

PONSOR     D.J.

**PLEASE TAKE NOTICE** that the above-entitled case has been set for

**HEARING ON ALL PENDING MOTIONS**   On   September 9, 2005

at   2:30 p.m.   A.M./P.M. before Judge   Ponsor

in Courtroom #   1   on the   5th   floor.

SARAH A. THORNTON,
CLERK OF COURT

6/29/05                                    /s/Elizabeth A. French

Date                          By:   Deputy Clerk

**Notice mailed to:**

(Notice of Hearing.wpd - 3/7/2005)