UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

DOCKET NO: 04 30105-MAP

| |
|---|
| BOBBY T. BROWN,<br>　　Plaintiff<br><br>v.<br><br>F.L. ROBERTS and CO., INC. d/b/a<br>JIFFY LUBE,<br>　　Defendant |

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Defendant, FL Roberts and Co., Inc. d/b/a Jiffy Lube ("Roberts") and respectfully requests that this Honorable Court permit it to file its attached Reply Memorandum to Plaintiff's Reply Memorandum in Support of Motion for Summary Judgment filed on June 17, 2005. In support of this motion, the Defendant states that the Plaintiff raised new issues in his Reply Memorandum not otherwise argued in the Plaintiff's Motion and Memorandum in Support of Summary Judgment. Justice requires that the Defendant be provided with an opportunity to rebut the Plaintiff's factual and legal arguments and/or clarify the Defendant's position relative to the Plaintiff's new assertions.

274159.1

WHEREFORE, the Defendant hereby moves for permission to file its attached Reply Memorandum.

| | |
|---|---|
| DATED: July 1, 2005 | F.L. ROBERTS & CO., INC.<br>D/B/A JIFFY LUBE<br>BY ITS ATTORNEY, |
| | /s/ *Claire L. Thompson*<br>_____<br>Claire L. Thompson, Esquire |
| I certify that this document has been served upon all counsel of record in compliance with F.R.C.P. on July 1, 2005.<br><br>/s/ *Claire L. Thompson*<br>_____<br>Claire L. Thompson, Esq. | Doherty, Wallace, Pillsbury<br>  & Murphy, P.C.<br>1414 Main Street, 19th Floor<br>Springfield, MA 01144-1900<br>Tel:  (413) 733-3111<br>Fax:  (413) 734-3910 |

274159.1