UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

DOCKET NO: 04 30105-MAP

BOBBY T. BROWN,
    Plaintiff

v.

F.L. ROBERTS and CO., INC. d/b/a
JIFFY LUBE,
    Defendant

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE PORTION OF AFFIDAVIT OF RICHARD C. SMITH

    The Defendant objects to the Plaintiff's Motion to Strike from the Affidavit of Richard C. Smith any and all reference to the events of May 22, 2002 that resulted in Mr. Brown's employment termination.

    Mr. Brown alleges in his affidavit (Paragraph 17, 19, & 21) that, while assigned primarily to the lower bay after implementation of the new Personal Appearance Policy, he allegedly had "no customer contact". Mr. Brown makes the same allegation throughout his pleadings in this case. In point of fact, however, Mr. Brown had many opportunities to interact with coworkers and leave the lower bay following implementation of the new Personal Appearance Policy. When Mr. Brown was terminated on May 22, 2002 he was interacting with coworkers outside of the lower bay and causing a disruption in the presence of Jiffy Lube customers.

    The events of May 22, 2002 are not being offered as evidence of Mr. Brown's "bad character" but rather to impeach his credibility regarding his allegation that he was not permitted

274202.1

to leave the lower bay area and had no customer contact after implementation of the Personal Appearance Policy.

WHEREFORE, the Defendant respectfully requests that the Plaintiff's Motion to Strike be denied.

DATED: July 1, 2005

F.L. ROBERTS & CO., INC.
D/B/A JIFFY LUBE
BY ITS ATTORNEY,

I certify that this document has been served upon all counsel of record in compliance with F.R.C.P. on July 1, 2005

/s/ *Claire L. Thompson*
_____
Claire L. Thompson, Esquire
Doherty, Wallace, Pillsbury
  & Murphy, P.C.
1414 Main Street, 19th Floor
Springfield, MA 01144-1900
Tel: (413) 733-3111
Fax: (413) 734-3910

/s/ *Claire L. Thompson*
_____
Claire L. Thompson, Esq.