# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

BOBBY T. BROWN,

    Plaintiff(s)

        v.                      CIVIL ACTION NO. 3:04 -30105 -MAP

F. L. ROBERTS & CO., INC.,
d/b/a JIFFY LUBE,

    Defendant(s)

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant F. L. Roberts & Co., Inc., d/b/a Jiffy Lube, against the plaintiff Bobby T. Brown, pursuant to the court's memorandum and order entered this date.

                                      **SARAH A. THORNTON**,
                                      CLERK OF COURT

Dated:  March 3, 2006              By  /s/ *Maurice G. Lindsay*
                                      Maurice G. Lindsay
                                      Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                     [jgm.]